| | |
|---|---|
| Denver District Court<br>Denver County, Colorado<br>Court Address: 1437 Bannock St., Rm. 256, Denver, CO 80202 | |
| **LEWIS, C RANDEL**<br>Plaintiff(s)<br>v.<br>**JULIE GIGLIO IRA et al**<br>Defendant(s) | EFILED Document<br>CO Denver County District Court 2nd JD<br>Filing Date: Apr 25 2011 2:59PM MDT<br>Filing ID: 37326855<br>Review Clerk: Matthew Palmer<br><br>▲ **COURT USE ONLY** ▲<br><br>Case Number: 11CV3079<br>Courtroom: 203 |
| **DELAY REDUCTION ORDER** ||

I.  All civil courtrooms are on a delay reduction docket. Deadlines that must be met are:

   1. <u>Service of Process</u>: Returns of Service on all defendants shall be filed within 60 days after the date of the filing of the complaint.

   2. <u>Default Judgment</u>: Application for default judgment shall be filed within 30 days after default has occurred.

   3. <u>Trial Setting</u>: Plaintiff shall serve a Notice to Set in the case for trial and shall complete the setting of the trial within 30 days from the date the case becomes at issue. A case shall be deemed "at issue" when all parties have been served and have filed all pleadings permitted by C.R.C.P. 7, or defaults or dismissals have been entered against all non-appearing parties, or at such other time as the court shall direct.

The court will consider extending these time periods upon timely filing of a motion showing good cause.

IF AN ATTORNEY OR <u>PRO SE</u> PARTY FAILS TO COMPLY WITH PART I OF THIS ORDER, THE COURT MAY DISMISS THE CASE WITHOUT PREJUDICE. THIS ORDER SHALL BE THE INITIAL NOTICE REQUIRED BY RULE 121, SECTION 1-10, AND RULE 41(B)(2).

II.  Plaintiff shall send a copy of this order to all other parties who enter an appearance.

III. Any attorney entering an appearance in this case who is aware of a related case is ordered to complete and file in this case an Information Regarding Related Case(s) form available at http://www.courts.state.co.us/Courts/District/Index.cfm/District_ID/2 or in Room 256 of the City and County Building.

Date: April 25, 2011                                     BY THE COURT:

                                                         /s/Brian Whitney
                                                         District Court Judge
                                                         Denver District Court

cc:   Plaintiff(s) or Plaintiff(s) Counsel