IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-01736-MSK-MJW

C. RANDEL LEWIS, solely in his capacity as Receiver,

   Plaintiff,

v.

JULIE GIGLIO, IRA; and
JULIE GIGLIO, its beneficiary,

   Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Defendants' Motion to Dismiss Amended Complaint [Docket No. 3] Pursuant to FED.R.CIV.P. 12(b)(2) (Motion) **(#7)**,  Having reviewed the Motion, the Plaintiff's Response, which confesses the Motion and the Defendants' Reply,

**IT IS ORDERED** that the Motion is **GRANTED**.  This matter is hereby dismissed, without prejudice, each party to bear its own costs and attorneys fees.

DATED this 21st day of July, 2011.

**BY THE COURT:**

*Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge